IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02251-BNB

ANDRE J. TWITTY,

    Plaintiff,

v.

RONNIE WILEY, Warden FLM Max BOP,
MIKE NALLEY, Regional Dir. BOP,
HARLEY G. LAPPIN, Director BOP,
MIKE MUKASEY, U.S. Attorney General,
HARRELL WATTS, BOP Remedy Clerk,
N. FIELDS, BOP Remedy Clerk,
NFN FOX, Assoc. Warden, FLM Max, and
NFN CHURCH, Captain FLM Max,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff, Andre J. Twitty, submitted *pro se* a Prisoner Complaint. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted document was deficient. Notwithstanding the deficiencies, in an order filed on October 16, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action. Mr. Twitty was directed to cure certain a deficiency if he wished to pursue his claims. He specifically was directed to submit within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified account statement for the six-month period immediately preceding this filing or to pay the $350.00 filing fee.

On November 7, 2008, Mr. Twitty submitted a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915, and a certified account statement. Therefore, on November 13, 2008, Magistrate Judge Boland ordered Mr. Twitty to show cause in writing within thirty days why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). On December 8, 2008, Mr. Twitty submitted his response to the order to show cause. For the reasons stated below, Mr. Twitty will be denied leave to proceed pursuant to § 1915(g).

Mr. Twitty seeks leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In relevant part, this statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). For the purposes of this analysis, the Court may consider actions or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g). *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

Mr. Twitty has initiated more than three actions or appeals in a court of the United States while he was incarcerated or detained in any facility that were dismissed as frivolous, malicious, or for failure to state a claim. Mr. Twitty filed at least two prior civil actions in the United States District Court for the Northern District of Georgia, Atlanta Division, that were dismissed on grounds that form a basis for invoking 28 U.S.C. § 1915(g). *See Twitty v. Deane*, No. 00-cv-01064-TWT (N.D. Ga. July 18,

2000) (dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim); *Twitty v. Larson*, No. 98-cv-03188 (N.D. Ga. Mar. 2, 1999) (dismissed as frivolous). The Eleventh Circuit dismissed as frivolous Mr. Twitty's appeal from the Court's ruling in *Twitty v. Larson*, No. 98-cv-03188. *See* Docket No. 00-14092 (11th Cir. 2001).

Mr. Twitty also previously filed at least one civil action in the United States District Court for the District of South Carolina that was dismissed for failure to state a claim for which relief may be granted. *See Twitty v. Hawk-Sawyer*, No. 00-cv-03192 (D.S.C. Mar. 26, 2002). In addition, the United States District Court for the District of Kansas twice has denied Mr. Twitty permission to proceed *in forma pauperis* because of the "three strikes" provision of 28 U.S.C. § 1915(g). *See Twitty v. Ashcroft*, No. 02-cv-03270-GTV (D. Kan. Nov. 18, 2002); *see also Twitty v. Ashcroft*, No. 01-cv-03484-GTV (D. Kan. Jan. 11, 2002). This Court previously has revoked Mr. Twitty's *in forma pauperis* status pursuant to the "three strikes" provision of § 1915(g). *See Twitty v. Gonzalez*, No. 06-cv-00667-ZLW (D. Colo. June 26, 2006), *appeal dismissed*, No. 06-1380 (10th Cir. Jan. 3, 2007). In the instant action, Mr. Twitty fails to assert facts to support his allegations that he is under imminent danger of serious physical injury from pain in his groin area since 2006 stemming from a hernia operation. Therefore, Mr. Twitty will be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that Plaintiff, Andre J. Twitty, is denied leave to proceed pursuant to 28 U.S.C. § 1915(g) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the

United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. It is

FURTHER ORDERED that the complaint and the action are dismissed without prejudice.

DATED at Denver, Colorado, this 12 day of Dec., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02251-BNB

Andre J. Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/15/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk